

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/2/2015 9:56:25 AM
PAM ESTES
Clerk

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

July 20, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
\* DELIVERED VIA E-MAIL \*

**RE:** Case Number: 12-13-00272-CV
Trial Court Case Number: 12-1560-B

**Style:** Guy Sparkman
v.
Karen Phillips, Individually & in her official capacity, Stanley Springerly,
Individually & in his official capacity & Amy Gilbreath in her official capacity
as deputy civil clerk of County Court at Law #2

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the
Mandate issued in the above cause. When the District or County Clerk has executed the
Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the
information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

CC: Guy Sparkman (DELIVERED VIA E-MAIL)
Mr. Robert S. Davis (DELIVERED VIA E-MAIL)

Mandate executed on _1st_ day of _September_, 2015.

Brief explanation of action taken: _Scanned_

_____ District/County Clerk

# THE STATE OF TEXAS
# M A N D A T E

*************************************************

**TO THE 114TH DISTRICT COURT OF SMITH COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 18th day of March, 2015, the cause upon appeal to revise or reverse your judgment between

**GUY SPARKMAN, Appellant**

**NO. 12-13-00272-CV; Trial Court No. 12-1560-B**

Opinion by James T. Worthen, Chief Justice.

**KAREN PHILLIPS, INDIVIDUALLY & IN HER OFFICIAL CAPACITY, STANLEY SPRINGERLY, INDIVIDUALLY & IN HIS OFFICIAL CAPACITY & AMY GILBREATH IN HER OFFICIAL CAPACITY AS DEPUTY CIVIL CLERK OF COUNTY COURT AT LAW #2, Appellees**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the order of the court below.

It is therefore ORDERED, ADJUDGED and DECREED that the dismissal order of the court below **be in all things affirmed**, and that all costs of this appeal are hereby adjudged against the Appellant, **GUY SPARKMAN**, for which execution may issue, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 20th day of July, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Chief Deputy Clerk

FILE COPY



# Court of Appeals
# Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00272-CV

### Trial Court No. 12-1560-B





**Guy Sparkman**

**Vs.**

**Karen Phillips, Individually & in her official capacity, Stanley Springerly, Individually & in his official capacity & Amy Gilbreath in her official capacity as deputy civil clerk of County Court at Law #2**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $5.00 | Guy Sparkman |
| Motion fee | $10.00 | Guy Sparkman |
| Other fees | $10.00 | Guy Sparkman |
| Motion fee | $10.00 | Guy Sparkman |
| Motion fee | $10.00 | David R Iglesias |
| Motion fee | $10.00 | Flowers Davis |
| Motion fee | $10.00 | Flowers Davis |
| Clerk's record | $137.50 | Guy Sparkman |
| Filing | $100.00 | Guy Sparkman |
| Indigent | $25.00 | Guy Sparkman |
| Supreme Court chapter 51 fee | $50.00 | Guy Sparkman |
| TOTAL: | $377.50 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 20th day of July 2015, A.D.



CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk